No. 05-14-00777-CR

| | | |
|---|---|---|
| MICHAEL J. MARBLE PETITIONER | § § § | IN THE TEXAS COURT OF CRIMINAL APPEALS |
| VS. | | |
| THE STATE OF TEXAS | § | |

RECEIVED IN COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

MOTION TO SUSPEND TRAP RULE 9.3 PURSUANT TO TRAP RULE 2.

TO THE HONORABLE JUSTICE OF THE COURT OF APPEALS:

Come Now, Michael J. Marble, Petitioner in the above styled and numbered cause, and moves this honorable court to "suspend trap rule 9.3 numbers of copies" pursuant to trap rule 2 "suspension of rule." In support thereof would respectfully show the following:

FILED IN COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

I.

FACTS SUPPORTING GOOD FAITH REQUEST

Petitioner is confined at the Polunsky unit at 3872 FM 350-South, Livingston, Texas 77351. Which do not provide any means or manner to make copies for offenders for legal reasons.

Additionally, because Texas Department of Criminal Justice Institutional Division does not pay offenders, Petitioner is unable to pay any outside vender\agency to make copies.

I, Michael J. Marble, do state the above facts under penalty of perjury.

Executed the 16 day of November, 2015

_Michael J. Marble_
SIGNATURE OF AFFIANT.

## CERTIFICATE OF SERVICE

I, CERTIFY THAT A TRUE AND CORRECT COPY OF THIS MOTION\PLEADINGS WAS FORWARDED TO THE FOLLOWING PARTY MEMBER TO THIS LEGAL PROCEEDING.

EXECUTED THIS 16 DAY OF NOVEMBER, 2015

Michael J. Marble

SIGNATURE OF AFFIANT

TO: DALLAS COUNTY DISTRICT ATTORNEY OFFICE
FRANK CROWLEY COURT BLdg.
133 N. RIVERFRONT BLvd. LB 19
DALLAS .TEXAS 75207-4399